April 21, 2016

R. Bradford Fawley
Tel: (802) 451-2321
bfawley@drm.com

Hon. Vincent L. Briccetti
United States District Judge
United States District Court
Southern District of New York
300 Quarropas St., Rm. 630
White Plains, NY 10601

Re:   Timothy Condon v. Commonwealth Dairy LLC
      SDNY Docket No. 17-cv-02295- VB

Dear Judge Briccetti:

My office represents Defendant Commonwealth Dairy LLC ("Commonwealth") in the above-referenced matter. Commonwealth submits this letter motion seeking an extension of time in which to answer or otherwise respond to Plaintiff Timothy Condon's Complaint in accordance with Local Rule 7.1(d) and your chambers' individual rules of practice. In support of its request, Commonwealth states as follows:

Commonwealth seeks to extend its date for answer or other response to Mr. Condon's Complaint from the current due date of April 25, 2016 until May 30, 2016;

Commonwealth has made no previous request for extension of time in this matter;

Commonwealth makes this request for extension of time based on the broad sweep of Mr. Condon's putative class action complaint, which alleges misleading sales activity in all fifty United States and alleges violations of each of those states' distinct unfair trade practices/consumer protection statutes; and

Jason Sultzer, counsel for Mr. Condon, has assented to the requested extension.

Sincerely,

/s/ R. Bradford Fawley

R. Bradford Fawley
SDNY Bar. # RF1954

cc:   Jason Sultzer, Esq. (via ECF)

16648339.1