R. Bradford Fawley (bfawley@drm.com)
(SDNY Bar # RF1954)
DOWNS, RACHLIN & MARTIN PLLC
28 Vernon Street, Suite 501
Brattleboro, VT 05301-3668
Phone: 802-258-3070

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Timothy Condon, individually on behalf of himself and all others similarly situated and John Does (1-100) on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 7:16-cv-02295-VB |
| Commonwealth Dairy LLC, | )<br>)<br>) |
| Defendant. | )<br>) |

**APPEARANCE**

R. Bradford Fawley, Esq., hereby enters his appearance on behalf of Defendant Commonwealth Dairy LLC.

Brattleboro, Vermont
April 21, 2016

DOWNS RACHLIN MARTIN PLLC

/s/ R. Bradford Fawley
R. Bradford Fawley
(SDNY Bar # RF1954)
28 Vernon Street, Suite 501
Brattleboro, VT 05301-3668
Phone: 802.258-3070
bfawley@drm.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I certify that on April 21, 2016 I filed the forgoing document with the Court via the CM/ECF system, which will automatically deliver electronic copies of the same to all counsel of record.

                                                                          /s/ R. Bradford Fawley

16648475.1