R. Bradford Fawley (bfawley@drm.com)
(SDNY Bar # RF1954)
DOWNS, RACHLIN & MARTIN PLLC
28 Vernon Street, Suite 501
Brattleboro, VT 05301-3668
Phone: 802-258-3070

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Timothy Condon, individually on behalf | ) | |
| of himself and all others similarly situated | ) | |
| and John Does (1-100) on behalf of | ) | |
| themselves and all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 7:16-cv-02295-VB |
| | ) | |
| Commonwealth Dairy LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**APPEARANCE**

R. Bradford Fawley, Esq., hereby enters his appearance on behalf of Defendant

Commonwealth Dairy LLC.


Brattleboro, Vermont                          DOWNS RACHLIN MARTIN PLLC
April 21, 2016


                                              /s/ R. Bradford Fawley
                                              R. Bradford Fawley
                                              (SDNY Bar # RF1954)
                                              28 Vernon Street, Suite 501
                                              Brattleboro, VT 05301-3668
                                              Phone: 802.258-3070
                                              bfawley@drm.com

                                              ATTORNEYS FOR DEFENDANT

1

## **CERTIFICATE OF SERVICE**

  I certify that on April 21, 2016 I filed the forgoing document with the Court via the CM/ECF system, which will automatically deliver electronic copies of the same to all counsel of record.

/s/ R. Bradford Fawley

16648475.1