**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
Timothy Condon, individually on behalf of
himself and all others similarly situated and
John Does (1-100) on behalf of themselves
and all others similarly situated,

                Plaintiff,

v.                                                     Case No.: 7:16-cv-02295-VB

Commonwealth Dairy, LLC,
                                                   **NOTICE OF APPEARANCE**

                Defendant.
----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned attorney appears as counsel of record for plaintiff Timothy Condon. The undersigned certifies that they are admitted to practice in this Court, and requests that all notices, pleadings, and other documents given or filed in the above-captioned action be given and served upon the undersigned attorney.

Dated: New York, New York
        June 3, 2016

                                                          Respectfully submitted,

                                                          **THE SULTZER LAW GROUP PC**

                                                           By:___/s/ Joseph Lipari_____
                                                                Joseph Lipari
                                                                14 Wall Street, 20th Floor
                                                                New York, NY 10005
                                                               Telephone: (212) 618-1938
                                                               Facsimile: (888) 749-7747
                                                               liparij@thesultzerlawgroup.com

                                                               *Attorneys for Plaintiff*
                                                               *Timothy Condon*