Joshua W. Denbeaux, Esq. ID# 013871996
DENBEAUX & DENBEAUX
366 Kinderkamack Road
Westwood, NJ 07675
Phone: 201-664-8855

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Timothy Condon, individually on behalf of himself and all others similarly situated and John Does (1-100) on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Commonwealth Dairy LLC,<br><br>Defendant. | No. 7:16-cv-02295-VB |

## APPEARANCE

Joshua W. Denbeaux, Esq., hereby enters his appearance on behalf of Defendant Commonwealth Dairy LLC.

Westwood, New Jersey                    DENBEAUX & DENBEAUX
January 25, 2017

/s/ Joshua W. Denbeaux
Joshua W. Denbeaux
(Attorney ID# 013871996)
366 Kinderkamack Road
Westwood, NJ 07675
Phone: 201-664-8855
jdenbeaux@denbeauxlaw.com

ATTORNEYS FOR DEFENDANT

1

## CERTIFICATE OF SERVICE

 I certify that on January 25, 2017 I filed the forgoing document with the Court via the CM/ECF system, which will automatically deliver electronic copies of the same to all counsel of record.

                /s/ Joshua W. Denbeaux

16648475.1