UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMOTHY CONDON individually on behalf of himself and on behalf of all others similarly situated and John Does (1-100) on behalf of themselves and all others similarly situated,

    *Plaintiffs,*

vs.

COMMONWEALTH DAIRY LLC,

    *Defendant.*

---

Case No.: 7:16-cv-02295-VB

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the undersigned attorney appears as counsel of record for plaintiff Timothy Condon. The undersigned certifies that they are admitted to practice in this Court, and requests that all notices, pleadings, and other documents given or filed in the above-captioned action be given and served upon the undersigned attorney.

Dated: Red Bank, New Jersey
       February 27, 2017

       Respectfully submitted,

       THE SULTZER LAW GROUP PC

            /s/ Adam Gonnelli
       By:_____
          Adam Gonnelli
          280 Highway 35, Suite 304
          Red Bank, NJ 07701
          Telephone: (732) 741-4290
          Facsimile: (888) 749-7747
          gonnellia@thesultzerlawgroup.com

        *Attorneys for Plaintiff*
        *Timothy Condon*