UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

Timothy Condon, individually on behalf of himself
and all others similarly situated and John Does (1-
100) on behalf of themselves and all others
similarly situated,

       Plaintiff,

v.

Commonwealth Dairy LLC,

       Defendant.

---------------------------------------------------------------- x

Index Number: 7:16-cv-02295-VB

[+ ORDER]

JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/17

**Whereas**, Plaintiff filed his complaint on March 29, 2016;

**Whereas**, Defendant answered the complaint on February 7, 2017;

**Whereas**, no class has been certified in this action;

**Whereas**, the parties have agreed to the dismissal with prejudice of Mr. Condon's individual claims;

**Whereas**, Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits voluntary dismissal of an action without a court order by stipulation of the parties;

And **WHEREAS**, Federal Rule of Civil Procedure 23(e) permits dismissal of a class action on an individual basis where no class has been certified:

    Plaintiff Timothy Condon hereby dismisses his individual case with prejudice.

Dated: July 26, 2017

| THE SULTZER LAW GROUP, P.C. | DOWNS RACHLIN MARTIN PLLC |
|---|---|
| /s/ Jason P. Sultzer<br>By: _____<br>Jason P. Sultzer, Esq.<br>85 Civic Center Plaza, Suite 104<br>Poughkeepsie, NY 12601<br>Tel: (845) 483-7100<br>Fax: (888) 749-7747<br>sultzerj@thesultzerlawgroup.com<br><br>*Counsel for Plaintiff*<br>*Timothy Condon* | /s/ R. Bradford Fawley<br>By:_____<br>R. Bradford Fawley, Esq.<br>28 Vernon Street, Suite 501<br>Brattleboro, VT 05301<br>Tel: (802) 258-3070<br>bfawley@drm.com<br><br>*Counsel for Defendant*<br>*Commonwealth Dairy LLC* |

SO ORDERED:

_____ 7/27/17

Hon. Vincent L. Briccetti
United States District Judge

→ Clerk is instructed to close this case.